# EXHIBIT C

# 30" REVERSIBLE FARMER SINK

Cat. No **FS30D**


Barclay
*for something special*


Fluted Front


Framework Front

## Features:

▶ Fine Fire Clay for Durability
▶ Can Be Used with Garbage Disposals
▶ Flange Extension NOT Required
▶ No Overflow
▶ One front is fluted
▶ One front has framework design
▶ Drain is in center

## Colors:

WH  White
BQ  Bisque

**Compliance Certification**
Meets or exceeds the following specifications: ASME 112.19.9M for fine fire clay for durability.





Top:  29 3/4"W x 18"D

H:  10"

### Interior Dimensions:

Top: 27 1/2"W x 15 3/4"D
Basin Depth: 8 1/2"

Dimensions of fixture are nominal and may vary within the range of tolerances established by ANSI Standard A112.19.2. Dimensions and specifications subject to change without notice.

3/12/10 — P 847-244-1234 | www.barclayproducts.com